1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10                            SAN JOSE DIVISION
11
12  CARLOS QUINTANA SOLORIO,                    Case No. C-13-03955-RMW
              Petitioner,
13
    v.
14                                              **ORDER**
    UNITED STATES OF AMERICA,
15
              Respondent.
16
17
18
19          Carlos Quintana Solorio, a federal prisoner, filed a motion pursuant to 28 U.S.C. § 2255

20  challenging his sentence of 275 months imprisonment.  It appears that Solorio's claim is based, in

21  part, on the Northern District of California's Early Disposition Program pursuant to the U.S.

22  Sentencing Guidelines § 5K3.1.  The court orders the government to file a copy of the Early

23  Disposition Program or Programs that were in effect between the time of Solorio's indictment and

24  sentencing by January 8, 2014.

25

26  Dated: December 4, 2013

27                                              RONALD M. WHYTE
                                                United States District Judge
28

United States District Court
For the Northern District of California