UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS QUINTANA SOLORIO,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. C-13-03955-RMW<br><br>**ORDER** |

Carlos Quintana Solorio, a federal prisoner, filed a motion pursuant to 28 U.S.C. § 2255 challenging his sentence of 275 months imprisonment. It appears that Solorio's claim is based, in part, on the Northern District of California's Early Disposition Program pursuant to the U.S. Sentencing Guidelines § 5K3.1. The court orders the government to file a copy of the Early Disposition Program or Programs that were in effect between the time of Solorio's indictment and sentencing by January 8, 2014.

Dated: December 4, 2013

_____
RONALD M. WHYTE
United States District Judge