UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS QUINTANA SOLORIO,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. C-13-03955-RMW<br><br><br><br>**ORDER** |

Carlos Quintana Solorio, a federal prisoner, filed a motion pursuant to 28 U.S.C. § 2255 challenging his sentence of 275 months imprisonment. It appears that Solorio's claim is based, in part, on the Northern District of California's Early Disposition Program pursuant to the U.S. Sentencing Guidelines § 5K3.1. The court orders the government to file a copy of the Early Disposition Program or Programs that were in effect between the time of Solorio's indictment and sentencing by February 18, 2014.

Dated: January 28, 2014

_____
RONALD M. WHYTE
United States District Judge

ORDER
Case No. C-13-03955-RMW
LM

- 1 -

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLORIO,<br><br>            Plaintiff,<br><br>  v.<br><br>USA,<br><br>            Defendant. | Case Number: CV13-03955 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 28, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlos Quintana Solorio 99305-011
Federal Correctional Institution Elkton
PO Box 10
Lisbon, OH 44432

Dated: January 28, 2014

                                              Richard W. Wieking, Clerk
                                              By: Jackie Lynn Garcia, Deputy Clerk