1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 | JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

5
    150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
    Telephone:  (408) 535-5084
7     Fax:  (408) 535-5066
    E-mail:  john.glang@usdoj.gov
8
Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                             SAN JOSE DIVISION

13

| | | |
|---|---|---|
| 14 | CARLOS QUINTANA SOLORIO, | ) CASE NO. CR-99-20094-RMW |
| 15 | Petitioner, | )                          C-13-03955-RMW |
| 16 | v. | ) GOVERNMENT'S RESPONSE TO COURT'S ORDER TO FILE DOCUMENTS |
| 17 | UNITED STATES OF AMERICA, | ) |
| 18 | Respondent. | ) |

19

20     The government hereby files the following reply to the Court's Order dated January 28, 2014 to file

21 certain documents with the court by February 18, 2014.  The reply consists of this Response, the

22 attached Declaration of John N. Glang, and Exhibits A and B thereto.

23

24 Dated:  February 14, 2014                     _____/s/_____
                                                                JOHN N. GLANG

25                                                                 Assistant United States Attorney
                                                                 Northern District of California

26

27

28 OVERNMENT'S RESPONSE TO COURT'S ORDER TO FILE DOCUMENTS