*E-FILED - 12/17/14*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS QUINTANA-SOLORIO<br><br>Defendant. | NO. CR-99-20094-RMW<br>(Related: C-13-03955-RMW)<br><br>ORDER DENYING MOTION FOR LEAVE TO APPLY FOR INFORMA PAUPERIS STATUS |

The motion of Carlos Quintana-Solorio for informa pauperis status to appeal the denial of his § 2255 motion is denied.

DATED: December 19, 2014

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

1

2

Copy of Order Mailed on 12/17/14 to:

3

4

**Carlos Quintana Solorio**
99305-011
Federal Detention Center
PO Box 5010
Oakdale, LA 71463

5

6

7

*Pro Se Defendant*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING MOTION FOR LEAVE TO APPLY FOR INFORMA PAUPERIS STATUS
NO.  CR-99-20094-RMW                                                    2